### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JENNIFER LINDSEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 17-2016-JTM |
| PARNELL CORPORATE SERVICES, U.S., INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

### ORDER

This matter comes before the court upon defendants' Motion for Leave to File First Amended Answer (ECF No. 10). For the following reasons, this motion is granted.

In their motion, defendants seek to file an amended answer that omits their demand for a jury trial. Plaintiff has failed to timely respond.[1] Consistent with the court's local rules, the court "will consider and decide the motion as an uncontested motion."[2] In these circumstances, the court ordinarily "will grant the motion without further notice."[3] The court sees no reason not to follow this rule here. Thus, defendants' motion will be granted.

Accordingly,

**IT IS THEREFORE ORDERED** that defendants' Motion for Leave to File First Amended Answer (ECF No. 10) is granted. Defendants shall file their amended answer within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

Dated this 18th day of July, 2017, at Topeka, Kansas.

---

[1] See D.Kan. R. 6.1(d)(1).
[2] D.Kan. R. 7.4(b)
[3] *Id*.

2

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge
