# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JENNIFER LINDSEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 17-2016-JTM |
| PARNELL CORPORATE SERVICES, U.S., INC., et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter comes before the court upon defendants' Motion to Strike Plaintiff's Jury Demand (ECF No. 11). For the following reasons, this motion is denied as moot.

In her complaint, plaintiff asserts employment discrimination claims arising from her employment with the defendants. Plaintiff demands that a jury trial on her claims. In its motion, defendants seek to strike plaintiff's demand for a jury trial based upon a provision in an employment agreement entered into by plaintiff with defendants at the commencement of her employment with the defendants. In that agreement, plaintiff and defendants waived their right to a jury trial on any claims arising out of or related to plaintiff's employment. In her response to defendants' motion, plaintiff consents to a trial to the court on her claims. With that consent, the court finds that defendants' motion is moot. The claims contained in plaintiff's complaint will be tried to the court.

Accordingly,

**IT IS THEREFORE ORDERED** that defendants' Motion to Strike Plaintiff's Jury Demand (ECF No. 11) is hereby denied as moot. The claims contained in plaintiff's complaint will be tried to the court.

**IT IS SO ORDERED.**

Dated this 4th day of August, 2017, at Topeka, Kansas.

s/ K. Gary Sebelius  
K. Gary Sebelius  
U.S. Magistrate Judge